[No. 8021–8–III.   Division Three.   March 1, 1988.]

GLACIER PARK COMPANY, *Appellant,* v. ELDON S. HAAS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–2–00518–9, Albert J. Yencopal, J., entered July 10, 1986. *Reversed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 6737–4–II.   Division Two.   March 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
RANDAL BERGLUND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–00684–1, Nile E. Aubrey, J., entered October 29, 1982. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[No. 10149–1–II.   Division Two.   March 4, 1988.]

*In the Matter of the Marriage of* BARBARA JEAN
LESLIE, *Respondent, and* CHARLES CLAYTON
LESLIE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 219306, Donald H. Thompson, J., entered July 10, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 10657–4–II.   Division Two.   March 4, 1988.]

ROBERT C. MCCONKEY, ET AL, *Appellants,* v. THE CITY
OF OLYMPIA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–01698–2, Carol A. Fuller, J., entered December 22, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.